# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 JAN 10 PM 12:01
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

In the Matter of the Search of

**The Residence Located At**
924 Encinitas Boulevard
Apartment 111
Encinitas, California 92024

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 0031

TO: Special Agent Heather A. Jackson of FBI   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Heather A. Jackson of the FBI / Affiant   who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

**924 Encinitas Boulevard, Apartment 111, Encintas, California (more fully described in Attachment A)**

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

**The items specified in Attachment B which are the fruits, instrumentalities and evidence concerning violations of Title 18, United States Code, Section 1038 (False Information and Hoaxes).**

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   January 13, 2008
                                                    Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U. S. Magistrate Judge, as required by law.

1/4/08 @ 9:35 AM                           at    San Diego, California
Date and Time Issued                              City and State

Cathy Ann Bencivengo, United States Magistrate Judge        [signature]
Name and Title of Judicial Officer                          Signature of Judicial Office

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/04/2008 | 1/04/2008  1:20 PM | At residence |

**INVENTORY MADE IN THE PRESENCE OF**

Special Agent Wade Dudley

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Please see attached.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_

U.S. Judge or Magistrate
**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

1/10/08
Date

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

Receipt for Property Received/Returned/Released/Seized

On (date) _____

At (time) _____

(Name) _____

(Location)  RICHARD SILLS RESIDENCE
924 ENCINITAS BOULEVARD
BUILDING 14 UNIT 111
ENCINITAS, CALIFORNIA

Item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☐ Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 | Two Rolls of Masking Tape |
| 2 | One roll of masking tape |
| 3 | Miscellaneous documents and handwritten notes |
| 4 | Verizon Wireless Customer Receipt for Richard Sill Jr. |
| 5 | Rental Agreement |
| 6 | Dell Inspiron Laptop P/N #: 5G395 A00 |
| 7 | Dell Inspiron Laptop, P/N #: PM169 A01 |
| 8 | Propane tank |
| 9 | Box of shotgun shells |
| 10 | Shotgun, S/N R689023 |

(END OF LIST)                              Total of 10 Item(s) Listed

Received by: _____        Received from: _____
         (Signature)                                      (Signature)